■ In the Matter of Ronald A. Nimkoff, Petitioner, v Laura Visitacion-Lewis et al., Respondents. [812 NYS2d 930]—Applications for orders pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motions granted and the petitions dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Buckley, P.J., Saxe, Nardelli and Williams, JJ.